VARAND VARTANIAN, Bar No. 265912
Email Address: vvartanian@deconsel.com
JODI SIEGNER Bar No. 102884
Email Address: jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>DISPLAY TECHNOLOGIES, LLC, a Florida Limited Liability Company; FRANK CHRISTOPHER LASLEY, an individual; MICHAEL SCOTT LASLEY, an individual; BRIAN VINCENT LASLEY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV15-4184 AB(JPRx)<br><br>DECLARATION OF VARAND VARTANIAN IN SUPPORT OF REQUEST TO ENTER DEFAULT OF:<br><br>1) DISPLAY TECHNOLOGIES, LLC, a Florida Limited Liability Company;<br><br>2) FRANK CHRISTOPHER WATERS, an individual;<br><br>3) MICHAEL SCOTT LASLEY, an individual; and<br><br>4) BRIAN VINCENT LASLEY, an individual;<br><br>(Assigned to the Honorable Andre Birotte, Jr.) |

I, VARAND VARTANIAN, declare:

    1. I am one of the attorneys for the plaintiffs in the above-entitled action, licensed to practice in all the courts in the State of California and a member of the bar of this court.

    2. If called upon to testify, I could and would competently do so.

1  the complaint has expired.

2  8. DISPLAY TECHNOLOGIES; FRANK LASLEY; MICHAEL LASLEY; and BRIAN LASLEY have not answered or otherwise moved.

4  9. The time for DISPLAY TECHNOLOGIES; FRANK LASLEY; MICHAEL LASLEY; and BRIAN LASLEY to answer or otherwise move has not been extended.

Executed this 11th day of August at Los Angeles, California. I declare, under penalty of perjury, that the foregoing is true and correct.

_____
VARAND VARTANIAN

# PROOF OF SERVICE (By Mail)

Carpenters, etc. vs. Carpenters Southwest Administrative Corporation, a California non-profit Corporation; et al. v. Display Technologies, LLC, et al.
USDC Case No. CV15-4184 AB(JPRx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, 9th Floor, Los Angeles, California 90071-1706.

On August 12, 2013, I served a copy of the foregoing document, described as **DECLARATION OF VARAND VARTANIAN IN SUPPORT OF REQUEST TO ENTER DEFAULT OF: DISPLAY TECHNOLOGIES , LLC, a Florida Limited Liability Company; 2) FRANK CHRISTOPHER WATERS, an individual; 3) MICHAEL SCOTT LASLEY, an individual; and 4) BRIAN VINCENT LASLEY, an individual;** on interested parties, addressed as follows:

Display Technologies, LLC,
a Florida Limited Liability Company
438 Saddell Bay Loop
Ocoee, FL 34761

Michael Scott Lasley, an individual
7510 American Way
Groveland, FL 34736

Frank Christopher Waters, an indiidual
7510 American Way
Groveland, FL 34736

Brian Vincent Lasley, an individual
7510 American Way
Groveland, FL 34736

in said action, placing [x] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x] (BY MAIL) I caused such envelope(s), with postage thereon fully prepaid to be placed for in the United States Mail at 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

Executed on August 12, 2013, at Los Angeles, California.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

*Esta Hamilton*
Esta Hamilton