Varand Vartanian
DeCarlo & Shanley, a Professional Corporation
533 S. Fremont Avenue  9th Floor
Los Angeles, CA 90071
(213) 488-4100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Carpenters Southwest Administrative Corporation, etc., et. al

Plaintiff(s)

v.

Display Technologies, LLC, etc., et. al

Defendant(s)

**CASE NUMBER:**
**2:15-cv-4184-AB-JPR**

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons    ☐ first amended complaint    ☐ third party complaint
   ☒ complaint    ☐ second amended complaint    ☐ counter claim
   ☐ alias summons    ☐ third amended complaint    ☐ cross claim
   ☒ other *(specify):* **Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program**

2. **Person served:**

   a. ☒ Defendant *(name:)* **Display Technologies, LLC, a Florida limited liability company**
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
        **Rick Leone - Agent for service of process**
   c. ☒ Address where the papers were served: **438 Saddell Bay Loop**
               **Ocoee, FL 34761**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

   a. ☐ Federal Rules of Civil Procedure

   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☒ **Papers were served on** *(date):* **06/16/2015 at** *(time):* **09:29 am**

   b. ☐ **By Substituted Service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date):* at *(time):*

       4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☒ **papers were mailed on Jun 25, 2015 - DECLARATION OF MAILING ATTACHED**

       6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

EXHIBIT NO.   4
PAGE NO.   4

d. [X] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the Californ Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. [ ] **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt b the person served).**

h. [ ] **Other** (specify code section and type of service)

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:  *(date)*   at *(time)*:

b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **Ed Young**
   **All-N-One Legal Support, Inc.**
   **1545 Wilshire Blvd**
   **Los Angeles, CA 90017**
   **(213) 202-3990**

   a. Fee for service: $ **152.87**

   b. [X] Not a registered California process server

   c. [ ] Exempt from registration under B&P 22350(b)

   d. [ ] Registered California process server
   Registration # :
   County:

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **June 25, 2015** _____   **Ed Young** _____   _____
                                *Type or Print Server's Name*                    *(Signature)*

EXHIBIT NO.   4
PAGE NO.      5

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| **Varand Vartanian**<br>**DeCarlo & Shanley, a Professional Corporation**<br>533 S. Fremont Avenue  9th Floor Los Angeles, CA 90071 | | |
| TELEPHONE NO. (213) 488-4100       FAX NO. *(Optional)*     (213) 488-4180 | | |
| E-MAIL ADDRESS *(Optional):* | | |
| ATTORNEY FOR *(Name):* **Plaintiff:** | | |

**United States District Court – Central District of California**

STREET ADDRESS: **312 N. SPRING ST.  #G-8**

MAILING ADDRESS:

CITY AND ZIP CODE: **LOS ANGELES, CA 90012**

BRANCH NAME:

| PLAINTIFF/PETITIONER:  Carpenters Southwest Administrative Corporation, etc., et. al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Display Technologies, LLC, etc., et. al | **2:15-cv-4184-AB-JPR** |

| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.:     6992 |
|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California.  I am over the age of 18 and  not a party to the within action.  My business address is 1545 Wilshire Blvd, Los Angeles, CA 90017.

On June 25, 2015, after personal service under  section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of  the:

> **complaint;Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program**

to the defendant in said action by placing a true  copy thereof enclosed in a sealed envelope, with First Class postage thereo fully prepaid, in the United States Mail at Los Angeles, California, addressed as  follows:

> Display Technologies, LLC, a Florida limited liability company
> ATTENTION: Rick Leone - Agent for service of process
> 438 Saddell Bay Loop
> Ocoee, FL 34761

I am readily familiar with the firm's practice for  collection and processing of documents for mailing.  Under that practice, it would be  deposited within the United States Postal Service, on that same day, with postage   thereon fully prepaid at Los Angeles, California in the ordinary course of  business.

Fee for Service: 152.87

**All-N-One Legal Support, Inc.**
1545 Wilshire Blvd., # 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 25, 2015.**

Signature: _____

Kendall Carter

EXHIBIT NO.     4

**PROOF OF SERVICE BY MAIL** PAGE NO.     6