Varand Vartanian
DeCarlo & Shanley, a Professional Corporation
533 S. Fremont Avenue 9th Floor
Los Angeles, CA 90071
(213) 488-4100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation, etc., et. al<br>Plaintiff(s)<br>v.<br>Display Technologies, LLC, etc., et. al<br>Defendant(s) | CASE NUMBER:<br>2:15-cv-4184-AB-JPR<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☐ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other *(specify):* Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

2. Person served:

   a. ☒ Defendant *(name:)* Michael Scott Lasley, an individual
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☒ Address where the papers were served: 7510 American Way
      Groveland, FL 34736

3. Manner of Service in compliance with *(the appropriate box must be checked):*

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☐ By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ Papers were served on *(date):* at *(time):*

   b. ☒ By Substituted Service. By leaving copies: Frank Lasley - Person apparently in charge

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ Papers were served on *(date):* 07/14/2015 at *(time):* 03:05 pm

      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ papers were mailed on Jul 15, 2015 - DECLARATION OF MAILING ATTACHED

      6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation(Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Jonathan Moore
   All-N-One Legal Support, Inc.
   1545 Wilshire Blvd
   Los Angeles, CA 90017
   (213) 202-3990

   a. Fee for service: $ 152.87
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2015    _Jonathan Moore_    *Jonathan Moore*
                        Type or Print Server's Name    (Signature)

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (03/10)    PAGE 2
102236150025

EXHIBIT NO. 6
PAGE NO. 10

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Varand Vartanian<br>DeCarlo & Shanley, a Professional Corporation<br>533 S. Fremont Avenue 9th Floor Los Angeles, CA 90071<br>TELEPHONE NO. (213) 488-4100   FAX NO (Optional): (213) 488-4180<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT<br>STREET ADDRESS: 312 N. SPRING ST. #G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL | |
| PLAINTIFF/PETITIONER: Carpenters Southwest Administrative Corporation, etc., et. al | CASE NUMBER |
| DEFENDANT/RESPONDENT: Display Technologies, LLC, etc., et. al | 2:15-cv-4184-AB-JPR |
| DECLARATION OF DILIGENCE | Ref. No. or File No.<br>6992 |

I received the within process on June 5, 2015 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **Michael Scott Lasley, an individual**

Documents: **complaint; Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program**

Address: **7510 American Way**
**Groveland, FL 34736**

As enumerated below:

June 24, 2015 -- 03:10 pm
   Door locked lights off. Thre is no business signage. Spoke to business next door, Lawless, and they confirmed Display Technologies is there but has not seen anyone for a week or so. Observed a Black Durango (V577TT).

July 1, 2015 -- 08:23 am
   Door is locked. Lights are off.

July 6, 2015 -- 03:06 pm
   The Durango is still there with a flat tire. Door is locked but there is one office light on inside. Knocked several times but no one came to the door.

July 7, 2015 -- 01:07 pm
   When I served Brian yesterday he said his brother should be here today before 2:00pm. No cars observed other than the Durango. Both doors locked and no lights on.

July 10, 2015 -- 11:45 am
   Premises locked. Knocked no answer.

**Continued on Next Page**

County:
Registration No.:
All-N-One Legal Support, Inc.
1545 Wilshire Blvd
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.
Date: July 28, 2015

EXHIBIT NO. 6
PAGE NO. 11

Signature: ( See Next Page )
Jonathan Moore

DECLARATION OF DILIGENCE

Order#: 102236150025/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Varand Vartanian DeCarlo & Shanley, a Professional Corporation 533 S. Fremont Avenue 9th Floor Los Angeles, CA 90071 TELEPHONE NO.: (213) 488-4100   FAX NO. (Optional): (213) 488-4180 E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Plaintiff: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT STREET ADDRESS: 312 N. SPRING ST. #G-8 MAILING ADDRESS: CITY AND ZIP CODE: LOS ANGELES, CA 90012 BRANCH NAME: CENTRAL | |
| PLAINTIFF/PETITIONER: Carpenters Southwest Administrative Corporation, etc., et. al | CASE NUMBER: 2:15-cv-4184-AB-JPR |
| DEFENDANT/RESPONDENT: Display Technologies, LLC, etc., et. al | |
| DECLARATION OF DILIGENCE | Ref No. or File No. 6992 |

I received the within process on June 5, 2015 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **Michael Scott Lasley, an individual**

Documents: **complaint;Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program**

Address: **7510 American Way Groverland, FL 34736**

As enumerated below:

Continued from Previous Page

July 14, 2015 -- 03:05 pm
  Subject not in per person in charge.

County:
Registration No.:
All-N-One Legal Support, Inc.
1545 Wilshire Blvd
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.
Date: July 28, 2015

EXHIBIT NO. 6
PAGE NO. 12

Signature: Jonathan Moore
             Jonathan Moore

DECLARATION OF DILIGENCE

Order#: 102236150025/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Varand Vartanian<br>DeCarlo & Shanley, a Professional Corporation<br>533 S. Fremont Avenue 9th Floor Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 488-4100   FAX NO. (Optional): (213) 488-4180<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: | |
| United States District Court – Central District of California<br>STREET ADDRESS: 312 N. SPRING ST. #G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Carpenters Southwest Administrative Corporation, etc., et. al | CASE NUMBER:<br>2:15-cv-4184-AB-JPR |
| DEFENDANT/RESPONDENT: Display Technologies, LLC, etc., et. al | |
| PROOF OF SERVICE BY MAIL | Ref. No. or File No.<br>6992 |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd, Los Angeles, CA 90017.

On July 15, 2015, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

complaint; Summons in a Civil Action; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Michael Scott Lasley, an individual

7510 American Way
Groveland, FL 34736

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: 152.87



All-N-One Legal Support, Inc.
1545 Wilshire Blvd., # 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 28, 2015.

Signature: _____

Kendall Carter

EXHIBIT NO. 6

PAGE NO. 13

PROOF OF SERVICE BY MAIL

Order#: 102236150025/mailproof